**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES,

v.

VALERIE SUE RUSHING,

*Defendant.*

No. 23-cr-390 (DLF)

## ORDER

For the reasons stated during the February 16, 2024 status hearing, it is

**ORDERED** that the defendant's conditions of release are **MODIFIED** to exclude drug testing.

DABNEY L. FRIEDRICH
United States District Judge

February 16, 2024