IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 23-390 (DLF) |
| **VALERIE RUSHING** | ) | |

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Valerie Rushing, through undersigned counsel, respectfully moves this Honorable Court to modify her conditions of release and remove drug treatment. On February 16, 2024, this Honorable Court entered an order to exclude drug testing from Ms. Rushing's pretrial release conditions. See ECF No. 21. Since only drug testing was removed, the D.C. Pretrial Services Officer and Ms. Rushing's Pretrial Services Officer in the Middle District of Florida understand that drug treatment is still required. On February 16th, it was the intent of the parties to remove both drug treatment and drug testing. Hence, the defense requests that the Court enter an order removing drug treatment as well. The government does not oppose this motion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 22nd day of April 2024, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender